ORIGINAL

KAREN P. HEWITT
United States Attorney
TIMOTHY F. SALEL
Assistant U.S. Attorney
California State Bar No. 163597
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6074

Attorneys for Plaintiff
United States of America

FILED
08 MAR -6 AM 11:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOSE JESUS PERUCH SAENZ (1), <br> aka George, <br> aka G Unit, <br> KARL DELEON MURRAH (2), <br> RAMOND ANDREW DIZON (3), <br> aka Andy, <br> MAGGIE MARIA SIEBEN (4) <br> MARK ALAN KOUNTZ (5), <br> MICHAEL SHAUN TRACY (6), <br> JOEL JOSHUA BANNING (7), <br> Defendants. | Criminal Case No. 08CR0511-BEN <br><br> MOTION AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANTS |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney, and hereby requests that the Indictment and Arrest Warrants in the above-referenced case be unsealed.

DATED: March 8, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney

SO ORDERED.
DATED: 3/6/08

HON. CATHY ANN BENCIVENGO
United States Magistrate Judge