FID No. 145703

SECRET

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Maggie Maria Sieben (4)

**WARRANT FOR ARREST**

FILED
2008 MAR 11 AM 9:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CASE NUMBER: 08cr0511-004-BEN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        Maggie Maria Sieben (4)
                                                  Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:846 and 841(a)(1) - Conspiracy to Distribute Oxycodone and Hydrocodone Bitartrate;
21:841(a)(1) - Distribution of Oxycodone and Hydrocodone Bitartrate;
18:2 - Aiding and Abetting;
21:853(a), and 853(p) - Criminal Forfeiture

RECEIVED 2008 FEB 25 A 11:31 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title     See Above     United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Signature of Deputy

Bail fixed at $ _____

Clerk of the Court
Title of Issuing Officer

February 25, 2008    San Diego, CA
Date and Location

DATE 3/6/08
ARRESTED BY DEA
by
The Honorable William McCurine, Jr.
Name of Judicial Officer

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____ RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS "Z" DEA                                    3-8-99