PAUL W. BLAKE
Attorney at Law
State Bar #94963
4045 Bonita Road, Suite 202
Bonita, California 91902
(619) 908-6429/FAX (619) 578-2805

Attorney for Defendant MAGGIE SIEBEN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. ROGER BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-CR-0511-4-BEN |
| Plaintiff, | NOTICE OF MOTION AND MOTION FOR DISCOVERY; TO DECLARE CASE COMPLEX; AND FOR LEAVE TO JOIN MOTIONS FILED BY OTHER COUNSEL; AND FOR LEAVE TO FILE FURTHER MOTIONS |
| v. | |
| MAGGIE SIEBEN, | |
| Defendant. | |
| | DATE:<br>TIME:<br>DEPT: |

TO:   PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD, KAREN P. HEWITT, UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA; AND ASSISTANT U.S. ATTORNEY TIMOTHY F. SALEL.

    Please take notice that at the above designated time and place, defendant Maggie Sieben will move the court for an order compelling discovery in the instant case with respect to the items set forth in the attached memorandum of law, based upon the constitutional, statutory, and judicial authorities cited herein. Defense counsel will further move the court to have case declared complex and for leave to join the motions filed in this matter by other counsel unless specifically exempted therefrom, and for leave to file further motions.

///

///

1    Said motion is based upon the instant notice of motion, the attached memorandum of
2 law, and on such evidence and argument as may be presented at the hearing on the motion.
3
4 Date: April 7, 2008            Respectfully submitted,
5
6                      /s/ Paul W. Blake
                       PAUL W. BLAKE
7                      Attorney for Defendant MAGGIE SIEBEN
                       4045 Bonita Road, Suite 202
8                      Bonita, California 91902
                       (619) 908-6429 (tel)
9                      (619) 578-2805 (fax)
                       paulwblake@cox.net
10
11   1:\Blake\Sieben.MFDisc-Join-Not