1 | PAUL W. BLAKE
Attorney at Law
2 | State Bar #94963
4045 Bonita Road, Suite 202
3 | Bonita, California 91902
(619) 908-6429/FAX (619) 578-2805
4

5 | Attorney for Defendant MAGGIE SIEBEN

6

7

8 |                 **UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
9 |                 **(HON. ROGER BENITEZ)**

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | Case No. 08-CR-0511-4-BEN |
| 11          Plaintiff, | NOTICE OF MOTION AND MOTION FOR DISCOVERY; TO DECLARE |
| 12  v. | CASE COMPLEX; AND FOR LEAVE TO JOIN MOTIONS FILED BY |
| 13  MAGGIE SIEBEN, | OTHER COUNSEL; AND FOR LEAVE TO FILE FURTHER |
| 14          Defendant. | MOTIONS |
| 15 | DATE: April 21, 2008 |
| 16 | TIME: 2:00 p.m. DEPT: Hon. Roger Benitez |

17 TO:  PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEY OF

18 RECORD, KAREN P. HEWITT, UNITED STATES ATTORNEY FOR THE SOUTHERN

19 DISTRICT OF CALIFORNIA; AND ASSISTANT U.S. ATTORNEY TIMOTHY F.

20 SALEL.

21     Please take notice that at the above designated time and place, defendant Maggie

22 Sieben will move the court for an order compelling discovery in the instant case with respect

23 to the items set forth in the attached memorandum of law, based upon the constitutional,

24 statutory, and judicial authorities cited herein.  Defense counsel will further move the court to

25 have case declared complex and for leave to join the motions filed in this matter by other

26 counsel unless specifically exempted therefrom, and for leave to file further motions.

27 ///

28 ///

1  Said motion is based upon the instant notice of motion, the attached memorandum of
2  law, and on such evidence and argument as may be presented at the hearing on the motion.
3
4  Date: April 7, 2008            Respectfully submitted,
5
6                                  /s/ Paul W. Blake
                                   PAUL W. BLAKE
7                                  Attorney for Defendant MAGGIE SIEBEN
                                   4045 Bonita Road, Suite 202
8                                  Bonita, California 91902
                                   (619) 908-6429 (tel)
9                                  (619) 578-2805 (fax)
                                   paulwblake@cox.net
10
11 1:\Blake\Sieben.MFDisc-Join-Not