PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 APR 21 AM 10: 13
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ KWH

U. S. A. vs. Sieben, Maggie Maria                    Docket No. 08CR0511-004

### Petition for Modification on Conditions of Pretrial Release

Comes now Sabrina Hall Pretrial Services Officer presenting an official report upon the conduct of defendant Sieben, Maggie Maria who was placed under pretrial release supervision by the Honorable Cathy Ann Bencivengo in the court at San Diego, on the 7th day of March 2008, under the following conditions:

restrict travel to the Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; seek employment and/or schooling and not possess any firearm or other dangerous weapon or explosive device.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Information regarding the defendant's drug history was not available to the Court at the time of her initial appearance on March 7, 2008.

PRAYING THE COURT WILL MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE TO INCLUDE DRUG TESTING AND/OR TREATMENT AS SPECIFIED BY THE ASSIGNED PRETRIAL SERVICES OFFICER.

ORDER OF COURT

Considered and ordered this __14th__ day of __April__, 2008 and ordered filed and made a part of the records in the above case.

_____
U. S. Magistrate Judge Cathy Ann Bencivengo

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __4-9-08__

Respectfully,

_____
Sabrina Hall, U.S. Pretrial Services Officer

Place __San Diego, California__

Date _____