**FILED**
AUG 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0511-BEN |
| Plaintiff, | **SUPERSEDING INFORMATION** |
| v. | Title 18, U.S.C., Secs. 1956(h), 1956(a)(1)(B)(i) and 2 – Conspiracy To Launder Money and Aiding and Abetting |
| MAGGIE MARIA SIEBEN, | |
| Defendant. | |

The United States Attorney charges:

Beginning on a date unknown and continuing up to and including May 2007, within the Southern District of California, and elsewhere, defendant MAGGIE MARIA SIEBEN, did conspire with others known and unknown to intentionally conduct or attempt to conduct financial transactions with money orders which defendant knew involved proceeds of some form of unlawful activity and which, in fact, involved the proceeds of specified unlawful activity, that is, the distribution of controlled substances, knowing that such transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2; all in violation of Title 18, United States Code, Section 1956(h).

DATED: 8/27/08

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant United States Attorney