AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 08CR0511-BEN |
| Plaintiff, | |
| v. | WAIVER OF INDICTMENT |
| MAGGIE MARIA SIEBEN, | |
| Defendant. | |

I, MAGGIE MARIA SIEBEN, the above named defendant, who is accused of conspiracy to launder money and aiding and abetting in violation of 18 U.S.C. § 1956(h), 1956(a)(1)(B)(i) and 2, being advised of the nature of the charges in the Superseding Information and of my rights hereby waives in open court prosecution by indictment and consent that the proceeding may be by Superseding Information rather than by indictment.

Aug 13, 2008
DATED

MAGGIE MARIA SIEBEN
Defendant

8/13/08
DATED

PAUL W. BLAKE, ESQ.
Counsel for Defendant

Before _____
HONORABLE CATHY ANN BENCIVENGO
United States Magistrate Judge