**FILED**

AUG 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0511-BEN |
| Plaintiff, ) | |
| ) | CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED STATES MAGISTRATE JUDGE |
| v. ) | |
| MAGGIE MARIA SIEBEN, ) | |
| Defendant. ) | |

    I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to have my plea taken be a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

    I understand that if my plea of guilty is taken by the United States Magistrate Judge, and the United States Magistrate Judge recommends that the plea be accepted, the assigned United States District Judge will then decide whether to accept or to reject any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

//
//
//
//
//

1   I further recommend that any objections to the United States Magistrate Judge's findings and
2   recommendation must be filed within 14 days of the entry of my guilty plea.

3
4   Dated: Aug 13, 2008
                                    _____
                                    MAGGIE MARIA SIEBEN
5                                   Defendant

6
7   Dated: 8-13-08
                                    _____
                                    PAUL W. BLAKE
8                                   Attorney for Defendant

9
10      The United States Attorney consents to have the plea in this case taken by the United States
11  Magistrate Judge pursuant to Criminal Local Rule 11.2.

12                                  KAREN P. HEWITT
                                    United States Attorney
13
14  Dated: 8/28/2008
                                    _____
                                    TIMOTHY F. SALEL
15                                  Assistant U.S. Attorney

16
17
18
19
20
21
22
23
24
25
26
27
28