1  KAREN P. HEWITT
   United States Attorney
2  TIMOTHY F. SALEL
   Assistant U.S. Attorneys
3  California State Bar No. 163597
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone No.:  (619) 557-6074
   Facsimile No.:  (619) 557-3445
6  E-mail: timothy.salel@usdoj.gov

7  Attorneys for Plaintiff
   United States of America

8                        UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,            ) Criminal Case No.  08CR0511-BEN
   |                                      )
11 |             Plaintiff,               )
   |                                      ) NOTICE OF APPEARANCE
12 |       v.                             )
   |                                      )
13 | JOSE JESUS PERUCH SAENZ (1),         )
   |       aka George,                    )
14 |       aka G Unit,                    )
   | KARL DELEON MURRAH (2),              )
15 | RAMOND ANDREW DIZON (3),             )
   |       aka Andy,                      )
16 | MAGGIE MARIA SIEBEN (4)              )
   | MARK ALAN KOUNTZ (5),                )
17 | MICHAEL SHAUN TRACY (6),             )
   | JOEL JOSHUA BANNING (7),             )
18 |                                      )
   |             Defendants.              )
19 |_____)

20       TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

21       I, Timothy F. Salel, the undersigned Assistant U.S. Attorney, hereby enters my appearance

22 as counsel in the above-captioned case.

23 | **Name**           | **CA Bar No.** | **Telephone No.**  | **E-mail Address**       |
   |--------------------|----------------|--------------------|--------------------------|
24 | Timothy F. Salel   | 163597         | (619) 557-6074     | timothy.salel@usdoj.gov  |

25       I, Timothy F. Salel, hereby certify that I am admitted to practice in this court or authorized

26 to practice under CivLR 83.3.c.3-4.

Effective this date, the following Government attorney is no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| None | N/A | N/A | N/A |

                    Respectfully submitted,

                    KAREN P. HEWITT
                    United States Attorney

DATED: June 2, 2008             */S/ TIMOTHY F. SALEL*
                                         TIMOTHY F. SALEL
                                         Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0511-BEN |
| Plaintiff, | ) |
| v. | ) CERTIFICATE OF SERVICE |
| JOSE JESUS PERUCH SAENZ (1), <br>    aka George, <br>    aka G Unit, <br>KARL DELEON MURRAH (2), <br>RAMOND ANDREW DIZON (3), <br>    aka Andy, <br>MAGGIE MARIA SIEBEN (4) <br>MARK ALAN KOUNTZ (5), <br>MICHAEL SHAUN TRACY (6), <br>JOEL JOSHUA BANNING (7), <br><br>    Defendants. | ) |

IT IS HEREBY CERTIFIED that:

I, Timothy F. Salel, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I have caused service of **NOTICE OF APPEARANCE**, on the following parties, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following parties at their respective e-mail addresses:

(1)    EZEKIEL E. CORTEZ – Attorney for JOSE JESUS PERUCH SAENZ (1)
       lawforjustice@aol.com

(2)    VICTOR MANUEL TORRES – Attorney for KARL DELEON MURRAH (2)
       lawforvatos@yahoo.com

(3)    SCOTT PACTOR – Attorney for RAMOND ANDREW DIZON (3)
       scottpactor@yahoo.com

(4)    PAUL W. BLAKE – Attorney for MAGGIE MARIA SIEBEN (4)
       paulwblake@cox.net

(5)    CASEY J. DONOVAN, JR. – Attorney for MARK ALAN KOUNTZ (5)
       donovan2donovan@hotmail.com

(6) BRIAN P. FUNK – Attorney for MICHAEL SHAUN TRACY (6)
bfunkesq@cs.com

(7) BRIAN J. WHITE – Attorney for JOEL JOSHUA BANNING (7)
brianjwhite@sbcglobal.net

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 2, 2008              */S/ TIMOTHY F. SALEL*
                                 TIMOTHY F. SALEL
                                 Assistant U.S. Attorney
                                 E-mail: timothy.salel@usdoj.gov

08CR0511-BEN